# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/   **Case No. 6:06-md-1769-Orl-22DAB**

**ROBERT SCHUENEMEYER,**

           **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-1136-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

           **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 9)**
>
> **FILED:** _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed for failure to prosecute and abandonment of the claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on this 28th day of April, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record